JS-6

DEATH PENALTY CASE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES ANDREWS,<br><br>        Plaintiff,<br><br>    vs.<br><br>R.K. WONG, Acting Warden,<br>California State Prison at San Quentin,<br><br>        Defendant | Case No.: CV 02-8969-R<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that the First Amended Petition for Writ of Habeas Corpus is CONDITIONALLY GRANTED IN PART as follows:

The First Amended Petition for Writ of Habeas Corpus as to the sentence of death in the case of *People of the State of California v. Jesse James Andrews*, Case No. A-364296 of the Superior Court of State of California in and for the County of Los Angeles is hereby GRANTED.  The sentence of death shall be VACATED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty phase

////

////

Judgment - 1

1 trial, or vacate the death sentence and resentence the Petitioner in accordance with
2 California law and the United States Constitution.
3   IT IS SO ORDERED.

5   Dated: ___July 27, 2009___

   _____
   MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE